### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-62490-CV-MIDDLEBROOKS/OTAZO-REYES

ROLANDO OTERO,

       Petitioner,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,
MARK S. INCH, SECRETARY,

       Respondent.

_____/

### REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

This matter is before the Court on Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition") [D.E. 1]. This cause has been referred to the undersigned by the Honorable Donald M. Middlebrooks, United States District Judge, for a Report and Recommendation on dispositive matters pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida [D.E. 3].

Petitioner, Rolando Otero, has previously filed federal habeas petitions attacking his state court conviction, entered after a jury trial in Broward County, Florida, in Case No. 97-20899 CF 10A. See Otero v. McDonough, Case No. 06-22985-CV-KING [D.E. 31] (S.D. Fla. May. 31, 2007); Otero v. Gates, Case No. 07-60828-CV-GRAHAM [D.E. 21] (S.D. Fla. July 25, 2007).

In the instant Petition, Petitioner again seeks to challenge his state criminal proceedings in the same criminal case [D.E. 1]. However, "[b]efore presenting a second or successive petition, the petitioner must obtain an order from the appropriate court of appeals authorizing the district court to consider the petition as required by 28 U.S.C. § 2244(b)(3) and (4)." Rules Governing § 2254 Proceedings, Rule 9. No authorization has been granted in this case.

The Court lacks jurisdiction to decide this case absent such an authorization from the United States Court of Appeals for the Eleventh Circuit.  See Gonzalez v. Sec'y for the Dep't. of Corr., 366 F.3d 1253, 1297-98 (11th Cir. 2004) (en banc) (citing United States v. Winestock, 340 F.3d 200, 207-09 (4th Cir. 2003)).

Accordingly, it is **RECOMMENDED** that the Petition [D.E. 1] be **DISMISSED** for lack of jurisdiction as an unauthorized successive petition.

Pursuant to Local Magistrate Judge Rule 4(b), Petitioner has **fourteen days** from the receipt of this Report and Recommendation to file written objections, if any, with the Honorable Donald M. Middlebrooks.  Failure to timely file objections shall bar Petitioner from attacking on appeal the factual findings contained herein.  See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  See 11th Cir. R. 3-1 (I.O.P. - 3).

DONE AND ORDERED in Chambers, at Miami, Florida, this 4th day of February, 2021.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

United States District Judge Donald M. Middlebrooks
Counsel of Record

Copies via U.S. mail to:

Rolando Otero
058721
Okeechobee Correctional Institution
Inmate Mail

3420 NE 168th Street
Okeechobee, FL 34972