**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 20-62490-CIV-MIDDLEBROOKS/Otazo-Reyes

ROLANDO OTERO,

      Petitioner,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,
MARK S. INCH, SECRETARY,

      Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report, issued on February 4, 2021. (DE 4).  The Report recommends dismissing Petitioner Rolando Otero's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (*Id.*). Petitioner filed Objections to the Report, which were entered on the docket on April 19, 2021. (DE 12).

I have conducted a *de novo* review of the Report, objections, and the record as a whole. Upon review, I agree with Magistrate Judge Otazo-Reyes's conclusion that Mr. Otero's habeas petition should be dismissed as successive and unauthorized.  Further, I note that no determination regarding the issuance of a certificate of appealability is necessary. *See Osbourne v. Sec'y, Fla. Dep't of Corr.*, 968 F.3d 1261, 1264 (11th Cir. 2020) ("Although generally appeals from § 2254 proceedings require a certificate of appealability ("COA"), no COA is necessary to appeal the dismissal for lack of subject matter jurisdiction of a successive habeas petition because such orders are not 'a final order in a habeas corpus proceeding.'" (citing *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004))).

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Petitioner's Objections to the Magistrate's Report (DE 12) are **OVERRULED**.

(2) Magistrate Judge Otazo-Reyes's Report (DE 4) is hereby **ADOPTED**.

(3) Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE

    1) is **DISMISSED.**

(4) The Clerk of Court shall **CLOSE THIS CASE**.

(5) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 22nd day of April, 2021.


Donald M. Middlebrooks
United States District Judge


Copies to:  Magistrate Judge Alicia Otazo-Reyes;
Counsel of Record;
Rolando Otero, PRO SE
058721
Okeechobee Correctional Institution
Inmate Mail/Parcels
3420 NE 168th Street
Okeechobee, FL 34972

2